James X. Bormes (*pro hac vice* admission pending)
LAW OFFICE OF JAMES X. BORMES, P.C.
Illinois State Bar No. 620268
8 South Michigan Avenue
Suite 2600
Chicago, Illinois  60603
(312) 201-0575
jxbormes@bormeslaw.com

**LEAD ATTORNEY IN CHARGE FOR PLAINTIFF AND CLASS MEMBERS**

Thomas M. Ryan (*pro hac vice* admission pending)
LAW OFFICE OF THOMAS M. RYAN, P.C.
Illinois State Bar No. 6273422
35 East Wacker Drive
Suite 650
Chicago, Illinois  60601
(312) 726-3400
Tom@tomryanlaw.com
Attorney for Plaintiff

LOCAL COUNSEL:
Michelle R. Matheson #019568
MATHESON & MATHESON, P.L.C.
15300 North 90th Street
Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TERRI HAYFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, and AEROTEK, INC.<br><br>Defendants. | No.:  2:16-cv-04480<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AND COMPEL ARBITRATION OR, IN THE ALTERNATIVE, STAY PROCEEDINGS** |

Plaintiff, Terri Hayford, individually and on behalf of all other persons similarly situated, known and unknown, through her attorneys, moves for an extension of time to respond to Defendants Nationstar Mortgage, LLC ("Nationstar") and Aerotek, Inc.'s ("Aerotek") motions to dismiss. In support of this motion, Plaintiff states as follows:

1. On December 20, 2016, Plaintiff filed her Collective Action Complaint asserting claims against Defendants for unpaid overtime wages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*.

2. On January 18, 2017, Defendant Nationstar filed its motion to dismiss, strike collective action claims, and compel arbitration, or in the alternative to stay proceedings. (Doc. No. 12).

3. On February 9, 2017, Defendant Aerotek filed its motion to dismiss and compel individual arbitration, or in the alternative, stay the proceedings. (Doc. No. 23).

4. Plaintiff's counsel have been involved in other matters and have not had sufficient time to prepare Plaintiff's response to Defendants' motions to dismiss or stay.

5. Accordingly, Plaintiff seeks a 21-day extension of time to file a combined response to Defendants' motions, to March 16, 2017.

6. Plaintiff's counsel have conferred with Defendants' counsel regarding this motion and Defendants have not agreed to Plaintiff's request.

WHEREFORE, Plaintiff respectfully requests that this Court grant her motion for a 21-day extension of time to respond to Defendants' motions to dismiss to March 16, 2017, and grant such further relief as this Court deems equitable and just.

DATED this 23rd day of February 2017

| | |
|---|---|
| 1 | **LAW OFFICE OF JAMES X. BORMES, P.C.** |
| 2 | |
| 3 | s/ James X. Bormes |
| | (*pro hac vice* admission pending) |
| 4 | James X. Bormes |
| | LAW OFFICE OF JAMES X. BORMES, P.C. |
| 5 | Illinois State Bar No. 620268 |
| | 8 South Michigan Avenue |
| 6 | Suite 2600 |
| | Chicago, Illinois  60603 |
| 7 | (312) 201-0575 |
| | jxbormes@bormeslaw.com |

Thomas M. Ryan
(*pro hac vice* admission pending)
LAW OFFICE OF THOMAS M. RYAN, P.C.
Illinois State Bar No. 6273422
35 East Wacker Drive
Suite 650
Chicago, Illinois  60601
(312) 726-3400
tom@tomryanlaw.com

LOCAL COUNSEL:
Michelle R. Matheson #019568
MATHESON & MATHESON, P.L.C.
15300 North 90th Street
Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com
Attorney for Plaintiff